==Motion GRANTED. ICMC reset for 5/14/12 at 11:45 a.m.==

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

MEDAPPROACH HOLDINGS, INC. )
 )
  Plaintiff, )
 )
v. ) Case No.: 3-11-CV-01199
 )
 )
GREGORY D. HAWKINS AND )
SHARON HAWKINS )
  Defendants. )

---

## MOTION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE

---

Plaintiff moves the Court to Continue the Initial Case Management Conference from its present setting of March ~~20~~ 30, 2012, for the reasons stated hereafter.

The Defendants have been served by mail and have retained an attorney in New Jersey. A meeting has taken place in New York and documents have been provided. The parties agree that the matter has a reasonable possibility of settlement through mediation, which would obviate the need for defense counsel to enter Appearances in the case. He has received the standard waiver of service forms which will be submitted to the Court should mediation fail to resolve the dispute.

Because the parties wish to negotiate in good faith, it is in the best interest of the parties and judicial economy to postpone the initial conference.

Submitted this 15th day of March, 2012.

1