> Motion GRANTED. Hearing reset for 6/18/12 at 3:45 p.m.
>
> *[signature]*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| MEDAPPROACH HOLDINGS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 3-11-CV-01199 |
| ) | |
| ) | Judge Trauger |
| GREGORY D. HAWKINS AND ) | Magistrate Judge Bryant |
| SHARON HAWKINS, ) | |
| ) | |
| Defendants. ) | |

## MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE

Plaintiff respectfully moves the Court to continue the Case Management Conference from its current setting of May 14, 2012, for the following reasons:

1. The defendants have been served by mail and have hired counsel in New Jersey. However, the service waiver has not been returned and no appearance has been entered on behalf of the defendants. Plaintiff's counsel therefore has no one with whom to discuss the substance of the Proposed Order.

2. Substantial documents have been provided to the defendants. Plaintiff is awaiting a reciprocal voluntary disclosure. The purpose is to facilitate settlement discussions.

3. The parties have agreed to mediate this complicated dispute on May 31, 2012. Nashville attorney Bob Walker has been employed as mediator.

4. For these reasons, it is respectfully submitted that prudence and judicial economy suggest that the case management conference be continued.