Motion GRANTED.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MEDAPPROACH HOLDINGS, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 3-11-CV-01199 |
| ) | |
| ) | Judge Trauger |
| GREGORY D. HAWKINS AND ) | Magistrate Judge Bryant |
| SHARON HAWKINS ) | |
| Defendants. ) | |

## MOTION TO CONVERT CASE MANAGEMENT CONFERENCE TO A STATUS CONFERENCE

Plaintiff, with the agreement of counsel for the Defendants, respectfully moves the Court to conduct on June 18, 2012 a Status Conference in lieu of a Case Management Conference as is presently scheduled.

This dispute dates to the mid 1990's, may require twenty (20) or so depositions in three (3) or more states, will inevitably involve motion practice and extensive document production. Waiver of service forms have been filed, but no responsive pleading has been demanded by Plaintiff in light of settlement discussions.

Counsel for Defendants and the defendant Greg Hawkins personally participated in mediation in Nashville, but Mr. Scott Thompson of the New Jersey bar has not yet sought pro hoc admission and local counsel, anticipated to be Mr. Bill Ramsay, has not yet entered an appearance. In light of these facts, the parties would benefit from a status conference with the Court but are unlikely to be in a position to be properly prepared to submit a proposed Case Management Order without the guidance of the Court.