**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| MEDAPPROACH HOLDINGS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:11-1199 |
| | ) | Judge Trauger |
| GREGORY D. HAWKINS and | ) | |
| SHARON HAWKINS, | ) | |
| | ) | |
| Defendants. | ) | |

## <u>O R D E R</u>

The initial case management conference was held in this case on June 18, 2012. By agreement of the parties, it is hereby **ORDERED** that the defendants may file motions to dismiss and/or to transfer for improper venue by July 18, 2012, with the plaintiff's response due August 13, 2012.

If appropriate, following disposition of the anticipated motions, a case management conference will be scheduled for the setting of additional deadlines and a trial date.

It is so **ORDERED**.

ENTER this 18th day of June 2012.

_____
ALETA A. TRAUGER
U.S. District Judge