IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| **MEDAPPROACH HOLDINGS, INC.** | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO.: 3-11-CV-01199 |
| | ) | |
| v. | ) | |
| | ) | |
| **GREGORY D. HAWKINS AND** | ) | |
| **SHARON HAWKINS** | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF FILING

Comes now Plaintiff, by and through counsel, and provides this notice of filing the First Amended Complaint.

Respectfully submitted,

**LAW OFFICE OF W. GARY BLACKBURN**

/s/ Gary Blackburn
W. Gary Blackburn (#3484)
213 Fifth Avenue North, Suite 300
Nashville, Tennessee 37219
Telephone: (615) 254-7770
Facsimile: (866) 895-7272

*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

       I certify that a true and exact copy of the foregoing document has been served via Electronic Mail, on the following:

R. Scott Thompson
65 Livingston Avenue
Roseland, NJ 07068
(973) 597-2532
(973) 597-2533 (fax)

*Attorney for Defendants*

This the *6th* day of July, 2012.

                                                 /s/ Gary Blackburn
                                               W. Gary Blackburn