IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| MEDAPPROACH HOLDINGS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:11-1199 |
| | ) | Judge Trauger |
| GREGORY D. HAWKINS and | ) | |
| SHARON HAWKINS, | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

The plaintiff has filed a [Second Proposed] Second Amended Complaint (Docket No. 53). No motion seeking leave to amend accompanies this document, but the court will consider the document filed on January 8, 2013 (Docket No. 49) the required Motion to Amend. The court will await a response by the defendants.

It is so **ORDERED**.

ENTER this 5th day of February 2013.

_____
ALETA A. TRAUGER
U.S. District Judge