IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MEDAPPROACH HOLDINGS, INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 11-cv-1199 |
| | ) |
| GREGORY D. HAWKINS and | ) |
| SHARON HAWKINS | ) |
| | ) |
| Defendants. | ) |

## DEFENDANTS' MOTION TO DISMISS

Defendants Gregory D. Hawkins and Sharon Hawkins hereby move to dismiss, pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), the Plaintiff's Second Proposed Second Amended Complaint (Docket No. 53). As the title of the Plaintiff's pleading suggests, the Plaintiff has not suffered from a lack of opportunities to state a claim against the Defendants in this dispute over project management fees related to the development of a pharmaceutical product. As fully explained in the attached Memorandum of Law, once again, the Plaintiff falls well short. The time has come to bring this ill-considered litigation to a close. The Court should grant the Defendants' Motion to Dismiss and dismiss the Plaintiff's case with prejudice.

Dated: February 13, 2013

Respectfully submitted,
**NEAL & HARWELL, PLC**


By: /s/ William T. Ramsey
William T. Ramsey, #009245
2000 One Nashville Place
150 Fourth Avenue North
Nashville, Tennessee 37219
(615) 244-1713 – Telephone
(615) 726-0573 – Facsimile
wramsey@nealharwell.com

and

**LOWENSTEIN SANDLER PC**

By: /s/ R. Scott Thompson
R. Scott Thompson
(NY Bar No. 041361986)
Bernard J. Cooney
(NY Bar No. 024312005)
65 Livingston Avenue
Roseland, New Jersey 07068
Tel: (973) 597-2532
Fax: (973) 597-2533
sthompson@lowenstein.com
bcooney@lowenstein.com

*COUNSEL FOR DEFENDANTS*

## CERTIFICATE OF SERVICE

I hereby certify that on February 13, 2013 a true and correct copy of the foregoing document and the attachments thereto were served upon the following via the Court's electronic filing system:

William Gary Blackburn
Law Office of W. Gary Blackburn
213 Fifth Avenue North
Suite 300
Nashville, Tennessee 37219
gblackburn@wgaryblackburn.com
*Counsel for Plaintiff*

/s/ William T. Ramsey