IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| MEDAPPROACH HOLDINGS, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 11-cv-1199 |
| | ) | |
| GREGORY D. HAWKINS and | ) | |
| SHARON HAWKINS | ) | |
| | ) | |
| Defendants. | ) | |

*Motion GRANTED for reply deadline of 3/28/13.*

## MOTION FOR LEAVE TO FILE REPLY

Defendants Gregory D. Hawkins and Sharon Hawkins move for leave to file a reply in support of their Motion to Dismiss Plaintiffs' Second Proposed Second Amended Complaint. Plaintiffs' brief, at a robust 24 pages, advances a series of new arguments and, in Defendants' view, takes certain liberties with the application of the law to the facts of this case that need to be addressed. A Reply would be beneficial to the Court.

Therefore, Defendants move for leave to file a Reply. Defendants request that the deadline for filing this Reply be set for March 28, 2013. Lead defense counsel, Scott Thompson, who has taken the primary role in drafting the legal arguments in this case will be out of the office for a significant portion of the next two weeks, and, therefore, Defendants will need until March 28 to craft and finalize their arguments in support of the Motion to Dismiss.

Plaintiffs' counsel has advised defense counsel that he has no objection to the relief sought in this motion.

Therefore, Defendants respectfully move for leave to file a Reply in Support of their Motion to Dismiss and that the deadline for filing this Reply be set for March 28, 2013.

1