UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MEDAPPROACH HOLDINGS, INC., | ) |
| Plaintiff, | ) |
| v. | ) Case No. 3:11-cv-1199 |
| | ) Judge Trauger |
| GREGORY D. HAWKINS and | ) |
| SHARON HAWKINS, | ) |
| Defendants. | ) |

## ORDER

For the reasons expressed in the accompanying Memorandum, the Defendants' Motion to Dismiss (Docket No. 55) is **GRANTED** in part and **DENIED** in part. In particular, all of MAH's claims against the defendants are dismissed, with the exception of the fraud and civil conspiracy claims pertaining to the loss of management fees resulting from the Shiroyama assignment.

It is so Ordered.

Enter this 18th day of July 2013.

ALETA A. TRAUGER
United States District Judge

1