IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

Motion GRANTED.

| MEDAPPROACH HOLDINGS, INC., | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 3:11-cv-01199 |
| | ) | Judge Aleta A. Trauger |
| GREGORY D. HAWKINS and SHARON HAWKINS, | ) | |
| Defendants. | ) | |

**PLAINTIFF'S MOTION FOR ENTRY OF AGREED ORDER
SUBSTITUTING COUNSEL**

Plaintiff hereby moves for entry of the accompanying Agreed Order substituting Robert E. Boston and Ames Davis as Plaintiff's counsel for W. Gary Blackburn, and permitting W. Gary Blackburn to withdraw as counsel for Plaintiff.

Respectfully submitted,

s/Robert E. Boston
Robert E. Boston (TN BPR #009744)
Ames Davis (TN BPR #003826)

WALLER LANSDEN DORTCH & DAVIS, LLP
Nashville City Center
511 Union Street, Suite 2700
Nashville, Tennessee 37219
Telephone: (615) 244-6380
Facsimile: (615) 244-6804
Email: robert.boston@wallerlaw.com
ames.davis@wallerlaw.com

*Attorneys for Plaintiff MedApproach Holdings, Inc.*

11044118.1

Case 3:11-cv-01199 Document 78 Filed 08/30/13 Page 1 of 1 PageID #: 929