IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| MEDAPPROACH HOLDINGS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:11-1199 |
| | ) | Judge Trauger |
| GREGORY D. HAWKINS and | ) | |
| SHARON HAWKINS, | ) | |
| | ) | |
| Defendants. | ) | |

### O R D E R

It is hereby **ORDERED** that the defendants shall respond to the Plaintiff's Motion to Reconsider or, in the Alternative, For Leave to File Amendment to Paragraph 69 of the Second Amended Complaint (Docket No. 82) by December 23, 2013.

It is so **ORDERED**.

ENTER this 11th day of December 2013.

_____
ALETA A. TRAUGER
U.S. District Judge