UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MEDAPPROACH HOLDINGS, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 3:11-cv-1199 ) Judge Aleta A. Trauger ) |
| GREGORY D. HAWKINS AND SHARON HAWKINS, | ) ) ) |
| Defendants, | ) ) ) |

## ORDER

For the reasons set forth in the accompanying Memorandum, the defendants' Motion for Summary Judgment (Docket No. 90) is **DENIED**.

It is so **ORDERED**.

Enter this 25th day of June 2014.

_____
ALETA A. TRAUGER
United States District Judge

1