**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

MEDAPPROACH HOLDINGS, INC.,      )
     )
       Plaintiff,                    )
     )
v.                                 )        Civil No. 3:11-1199
     )        Judge Trauger
GREGORY D. HAWKINS and        )
SHARON HAWKINS,             )
     )
       Defendants.             )

## O R D E R

It is hereby **ORDERED** that the pretrial conference scheduled for September 5, 2014 at

1:30 p.m. is **RESET** for the same day at 2:30 p.m.

It is so **ORDERED**.

ENTER this 8th day of August 2014.

_____

ALETA A. TRAUGER
U.S. District Judge