Motion GRANTED.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MEDAPPROACH HOLDINGS, INC., | ) |
| | ) Case No. 3:11-cv-1199 |
| Plaintiff, | ) |
| | ) Judge Trauger |
| v. | ) |
| | ) |
| GREGORY D. HAWKINS and | ) |
| SHARON HAWKINS, | ) |
| | ) |
| Defendants. | ) |

**JOINT MOTION TO CONTINUE TRIAL DATE
AND PRETRIAL DEADLINES**

The parties jointly move the Court to continue the current trial date, set to commence on September 9, 2014, and its related pretrial deadlines. The grounds that support this request are set out in the attached Memorandum of Law submitted contemporaneously herewith.

/s Robert E. Boston
Ames Davis (TN Bar # 3826)
Robert E. Boston (TN Bar # 9744)
WALLER LANSDEN DORTCH & DAVIS, LLP
511 Union Street, Suite 2700
Nashville, TN 37219
(615) 244-6380
Fax: (615) 244-6804
Email: ames.davis@wallerlaw.com
bob.boston@wallerlaw.com

Attorneys for Plaintiff

1