# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| MEDAPPROACH HOLDINGS, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:11-cv-01199 |
| | ) | Judge Trauger |
| GREGORY D. HAWKINS and | ) | |
| SHARON HAWKINS, | ) | |
| | ) | |
| Defendants. | ) | |

## O R D E R

The court has been informed that this case has settled but that an order of dismissal cannot be filed until some ancillary matters have been fully resolved. It is therefore ORDERED that the pretrial conference scheduled for April 29, 2016, and the trial scheduled for May 3, 2016, are being removed from the court's calendar. The parties will have forty-five (45) days from the entry of this Order in order to file appropriate documents dismissing this case.

It is so **ORDERED**.

ENTER this 29th day of April 2016.

_____
ALETA A. TRAUGER
U.S. District Judge