IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MEDAPPROACH HOLDINGS, INC., | ) |
| Plaintiff, | ) |
| v. | ) Case No. 3-11-CV-01199 |
| GREGORY D. HAWKINS and SHARON HAWKINS, | ) |
| Defendants. | ) |

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to the Stipulation of Dismissal filed by the parties, this action is hereby dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). All parties shall bear their own legal fees and costs, and any Court costs will be split equally between the parties.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge